UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-05798-AH-PVCx | Date | October 9, 2026 |
| Title | *Larry Dunn v. Enigma Coffee Sunset LLC et al* | | |

Present: The Honorable Anne Hwang, United States District Judge

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On August 21, 2026, the clerk entered default as to Defendant Walk On Sunset, Inc. *See* Dkt. No. 20. To date, Plaintiff has not filed a motion for default judgment.

Accordingly, Plaintiff is ordered to show cause in writing, no later than **fourteen (14) days** from the filing of this Order, why this action should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. Fed. R. Civ. P. 78(b); L.R. 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond or inadequate response to the Order will result in the **dismissal** of this action.

**IT IS SO ORDERED.**